**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

South Carolina Department of Social Services,
Respondent,

v.

Marvina Wright and John Doe, Defendants,

Of whom Marvina Wright is the Appellant.

In the interest of a minor child under the age of eighteen.

Appellate Case No. 2014-001342

---

Appeal From Dillon County
Michael S. Holt, Family Court Judge

---

Unpublished Opinion No. 2015-UP-032
Submitted December 16, 2014 – Filed January 9, 2015

---

**AFFIRMED**

---

Sally Ward Peace, of Sally Ward Peace, P.A., of
Conway, for Appellant.

John D. McInnis, Jr., of John D. McInnis, Jr., Attorney at
Law, of Dillon, for Respondent.

Jesse Stanley Cartrette, of Florence, for the Guardian ad Litem.

_____

**PER CURIAM:** Marvina Wright appeals from the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2014). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex Parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues that warrant briefing. Accordingly, we affirm the family court's ruling and relieve Wright's counsel.

**AFFIRMED.**[1]

**FEW, C.J., and THOMAS and LOCKEMY, JJ., concur.**

_____

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.